COMMONWEALTH of Pennsylvania, .Respondent.

v.

**Paris Emmanuel PAYNE, Petitioner**

**No. 204 WAL 2017**

Supreme Court of Pennsylvania.

September 11, 2017

## ORDER

PER CURIAM

AND NOW, this 11th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.